**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ronzell MITCHELL, Defendant–**
**Appellant.**

No. 14–40286
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2015.

James Andrew Williams, Esq., U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Stolarczyk P.L.L.C., Boerne, TX, for Defendant–Appellant.

Ronzell Mitchell, Fort Dix, NJ, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ronzell Mitchell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Mitchell has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Mitchell's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* — U.S. —, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mitchell's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Mitchell's motions for appointment of new counsel and to strike counsel's *Anders* brief are DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.